UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TROY KLINE,

        Petitioner,

-v-

JASON BUNTING, Warden,
Marion Correctional Institution

        Respondent.

Case No. 3:14-cv-250

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

___

**ENTRY AND ORDER OVERRULING KLINE'S OBJECTION (Doc. #3) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #2); DISMISSING KLINE'S PETITION FOR A WRIT OF HABEAS CORPUS WITH PREJUDICE; DENYING A CERTIFICATE OF APPEALABILITY AND CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS**

___

Pro se Petitioner Troy Kline ("Kline") has filed a Petition for a Writ of Habeas Corpus. Upon initial review pursuant to Rule 4 of the Rules Governing § 2254 cases, Magistrate Judge Michael R. Merz issued a Report and Recommendations (doc. #2) recommending that Kline's Petition be dismissed with prejudice, that Kline be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal of this Order would be objectively frivolous.

Kline objected (doc. #3) to the Report and Recommendations. The Warden has not yet appeared and thus has not been served with Kline's Objections. This matter is, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Kline's Objections to the Magistrate Judge's Report and Recommendations are not

well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

Kline's Petition for a Writ of Habeas Corpus is dismissed with prejudice. Further, Kline is denied a certificate of appealability and any appeal of this matter would be objectively frivolous. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Second Day of September, 2014.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Troy Kline at his last address of record